
### BANK OF THE UNITED STATES *vs.* STRONG.

Costs on motion to consolidate suits will be granted, if the motion prevails.

THE defendant moved to consolidate two suits prosecuted November 22. against him on promissory notes. The motion was granted, and the defendant asked for costs of motion.

*By the Court,* NELSON, J. It has not been usual to allow costs on such motions, and therefore none will be granted in this case. But, for the future, costs will be granted where a rule for consolidation is ordered, unless a satisfactory reason is shewn for bringing two suits, where the whole demands might have been embraced in one suit.

---

### WILLIAMS *vs.* FELLOWS.

The venue will be changed from *Albany* to *Rensselaer*, notwithstanding the proximity of the places of trial.

THE defendant moved to change the venue from *Albany* December 6. to *Rensselaer*, on the ground of his witnesses residing in Troy. It was objected that the distance between the court houses being so very inconsiderable, the motion ought not to be granted. It was however granted.